ISIDORE KUNSTLER, Landlord, Respondent, v. CATHERINE O'Q. PORTER, Tenant, and JOHN H. WRIGHT, Undertenant, Appellant.

Supreme Court, Appellate Term, First Department, April 3, 1947.

*Leo B. Mittelman* for appellant.

*David E. Nierenberg* for respondent.

MEMORANDUM *Per Curiam.* The tenant transferred her entire estate in the lease without retaining a technical reversion. The decision in *Lusk Operating Co.* v. *Gelardin* (186 Misc. 817) is therefore not controlling. Here the undertenant paid rent directly to the landlord. There is a presumption of an assignment from the fact of possession and attornment to the landlord (*Gillette Bros.* v. *Aristocrat Restaurant,* 239 N. Y. 87, 89), which has not been rebutted by the landlord.

The final order should be reversed, with $30 costs, and a final order directed in favor of the undertenant, with costs.

SHIENTAG, EDER and HECHT, JJ., concur.

Order reversed, etc.